**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **WILLIE ARTHUR SULLEN,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JEFFERSON DUNN, et al.,** )<br>)<br>Defendants. ) | **CIVIL ACTION NO.**<br>**2:17cv151-MHT**<br>**(WO)** |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging that his classification as a restricted offender and complaining that application of the "R" suffix to his records violated his due process and equal protection rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the

magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of March, 2020.

                                        /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE