IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIE ARTHUR SULLEN,        )
                             )
      Plaintiff,             )
                             )      CIVIL ACTION NO.
      v.                     )        2:17cv151-MHT
                             )            (WO)
JEFFERSON DUNN, et al.,      )
                             )
      Defendants.            )
```

### ORDER

It is ORDERED that the plaintiff's motion for appointment of counsel for purposes of appeal (doc. no. 57) is denied.

DONE, this the 21st day of April, 2020.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE